UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD B. MURPHY CONTRACTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDIAN HARBOR INSURANCE COMPANY, <br><br> Defendant. | CASE NO. C16-0329JLR <br><br> ORDER CONTINUING STAY |

On December 13, 2016, the court granted the parties' stipulated motion to stay this suit pending resolution of the underlying case that is the subject of this insurance coverage litigation. (Stay Ord. (Dkt. # 22).) The parties represented to the court that they had reached a tentative settlement agreement involving Plaintiff Donald B. Murphy Contractors, Inc. ("DBM") releasing its claims against Defendant Indian Harbor Insurance Company ("Indian Harbor") and the parties agreeing to stay this lawsuit pending resolution of the underlying case. (Stip. (Dkt. # 21) at 1.) On May 18, 2017, the

parties filed a joint status report stating that the trial in the underlying matter was continued from April 24, 2017, to the week of September 18, 2017, but agreeing that the court should maintain the stay of this litigation. (JSR (Dkt. # 23) at 1.) Accordingly, the court ORDERS that this case remain stayed pending resolution of the underlying lawsuit. The court ORDERS the parties to file a joint status report within seven days of the outcome of the trial, dismissal, summary disposition, settlement, or other resolution of the underlying matter, but in any event no later than October 23, 2017. Any party may seek to lift or modify the stay if changed circumstances warrant lifting or modifying the stay.

Dated this 23rd day of May, 2017.

JAMES L. ROBART
United States District Judge