**HONORABLE JAMES L. ROBART**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| DONALD B. MURPHY CONTRACTORS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>INDIAN HARBOR INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No. 2:16-cv-329 JLR<br><br>**STIPULATION AND (PROPOSED) ORDER OF DISMISSAL** |

## I. STIPULATION

As detailed in the January 8, 2017 Joint Status Report (Dkt #27), Plaintiff, Donald B. Murphy Contractors, Inc., and Defendant, Indian Harbor Insurance Company, have settled this case, and therefore, by and through their attorneys of record, hereby agree and stipulate that the current action, including the counterclaim, should be dismissed with prejudice and without fees or costs to any party.

///

///

///

STIPULATION AND ORDER OF DISMISSAL – Page 1
Case No. 2:16-cv-329 JLR

DUANE MORRIS LLP
801 SECOND AVENUE, SUITE 800
SEATTLE, WA 98104
TELEPHONE: 206.467.1065
FACSIMILE: 415.957.3001

Dated this 9th day of January 2018.

| HARPER | HAYES PLLC | DUANE MORRIS, LLP |

By: *s/ Todd C. Hayes*

Todd C. Hayes, WSBA #26361
Charles K. Davis
Harper | Hayes PLLC
One Union Square
600 University Street, Suite 2420
Seattle, WA 98101
Telephone:  206.340.8010
Facsimile:   206.260.2852
Email: todd@harperhayes.com
       cdavis@harperhayes.com

Attorneys for Plaintiff Donald B. Murphy Contractors, Inc.

By: *s/ Jessica A. Bohl*

Jessica A. Bohl, WSBA #47729
Max H. Stern, *Pro Hac Vice*
Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone:  206.467.1065
Facsimile:   415.957.3001
Email: jabohl@duanemorris.com

Attorneys for Defendant Indian Harbor Insurance Company

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1. That this action, including the counterclaim, is hereby dismissed with prejudice;

2. This dismissal is effectuated without an award of fees or costs to any party.

Done and dated this 9th day of January, 2018.

_____
Honorable James L. Robart
STIPULATION AND ORDER OF DISMISSAL – Page 2
Case No. 2:16-cv-329 JLR

DUANE MORRIS LLP
801 SECOND AVENUE, SUITE 800
SEATTLE, WA 98104
TELEPHONE: 206.467.1065
FACSIMILE: 415.957.3001

# CERTIFICATE OF SERVICE

I, Jessica A. Bohl, hereby certify that on January 8, 2018, I electronically filed the following document:

(1) **STIPULATION AND (PROPOSED) ORDER OF DISMISSAL**

with the Court using CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiff Donald B. Murphy Contractors, Inc.*
Todd C. Hayes
Charles K. Davis
Harper | Hayes pllc
One Union Square
600 University Street, Suite 2420
Seattle, WA 98101
Telephone:   206.340.8010
Facsimile:   206.260.2852
Email:   todd@harperhayes.com
         cdavis@harperhayes.com

DATED this 9th day of January 2018

**DUANE MORRIS LLP**

By:   *s/ Jessica A. Bohl*
Jessica A. Bohl, WSBA No. 47729
Duane Morris LLP
801 Second Avenue, Suite 800
Seattle, WA 98104
Telephone:   206.467.1065
Facsimile:   415.957.3001
Email:   jabohl@duanemorris.com

Attorney for Defendant
Indian Harbor Insurance Company

DM1\8363101.1

STIPULATION AND ORDER OF DISMISSAL – Page 3
Case No. 2:16-cv-329 JLR

DUANE MORRIS LLP
801 SECOND AVENUE, SUITE 800
SEATTLE, WA 98104
TELEPHONE: 206.467.1065
FACSIMILE: 415.957.3001